JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY WILLIAM BEESON, | Case No. 2:22-cv-08067-FMO (DTB) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| DAVID HOLBROOK, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: April 2, 2025

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge